IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    August 26, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

HENRY VENEGAS, et al

vs                                        CIVIL 97-1646CCC

PUERTO RICO PORTS AUTHORITY,
et al

By order of the Court, the Motions to Dismiss having been referred to the U.S. Magistrate Judge, the Motions for Continuance of Trial (**docket entries 66 and 72**) are GRANTED. **Trial set for September 13, 1999 is VACATED.** The case will be reset for trial, if necessary, after the Court rules upon the dispositive motions. Parties to be notified.

                                          ᴍ - Secretary