IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS					March 29, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


HENRY VENEGAS, et al

vs							CIVIL 96-1646CCC

PUERTO RICO PORTS AUTHORITY,
et al


    By order of the Court, the Authority's Request that Certain Motions which Stand Unopposed be Granted (**docket entry 56**) is MOOT. The docket shall so reflect.

*hmL* - Secretary