IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    March 30, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

HENRY VENEGAS, et al

vs                                         CIVIL 96-1646CCC

PUERTO RICO PORTS AUTHORITY, et al

By Order of the Court, a **settlement conference is hereby set for May 9, 2000 at 4:45 PM and jury trial is reset for June 15, 2000 at 9:30** AM. Parties to be notified.

ᴍ- Secretary

s/c: H. Venegas
S. Simunpdri
H. Cubas
J Feliciano
3-31-00