IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY VENEGAS, his wife MARIA
SUSANA VENEGAS; CECILIA
VENEGAS; and IRMA VENEGAS

Plaintiffs

vs

PUERTO RICO PORTS AUTHORITY;
ANTONIO CORTES-GINES; MRS.
ANTONIO CORTES-GINES, and the
conjugal partnership composed by them;
AA INSURANCE COMPANY; and XYZ
COMPANY

Defendants

CIVIL 96-1646CC

**ORDER**

Having considered defendants' Motion for a Substantial Cost Bond (**docket entry 45**), plaintiffs' Opposition to Motion for Substantial Cost Bond filed the Ports Authority (**docket entry 63**), defendants' Motion Relative to order filed on July 27, 1999 with Respect to Request of Non-Resident Bond by the Puerto Rico Ports Authority (**docket entry 71**), and the Authority's Motion for Reconsideration and/or Clarification (**docket entry 73**), the first paragraph of the Magistrate Judge's order setting a cost bond (**docket entry 69**) is VACATED.

The case is referred to Magistrate Judge Delgado to hold a hearing to inquire into plaintiffs' financial means after which the Magistrate Judge shall report and recommend to the

CIVIL 96-1646CCC                    2

Court a non-resident bond commensurate with plaintiff's financial means. The Court has searched the record and we have not found an order fixing a non resident bond in the amount of $50,000 or $32,500.

SO ORDERED.

At San Juan, Puerto Rico, on March 30, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: F. Venegas
    Simonpietri
    Cuevas
    Feliciano

3-31-00