IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               May 9, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

HENRY VENEGAS, et al

vs                                                   CIVIL 96-1646CCC

PUERTO RICO PORTS AUTHORITY, et al

    By Order of the Court, in view of the Notice of Appeal filed by defendant Puerto Rico Ports Authority (**docket entry 102**), the **settlement conference scheduled for today is VACATED**. Parties to be notified.

                                                                - Secretary