IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS						June 13, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


HENRY VENEGAS, et al

vs											CIVIL 96-1646CCC

PUERTO RICO PORTS AUTHORITY, et al


By Order of the Court, defendant Puerto Rico Ports Authority having filed a Notice of Appeal on April 27, 2000 (**docket entry 102**) with regard to the Order of March 29, 2000, the **June 15, 2000 trial date is VACATED.**

The Motion to Strike (**docket entry 110**) is DENIED.  Parties to be notified.

_____ - Secretary