IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY VENEGAS ET AL
    Plaintiffs

v.

PUERTO RICO PORTS AUTHORITY ET AL
    Defendants

Civil No. 96-1646(CCC)

## DISCOVERY CONFERENCE REPORT AND ORDER

On July 19, 2000, this Magistrae-Judge met with the parties. Plaintiffs appeared represented by Attorney Dennis Simonpietri. The defendants appeared represented by Attorney Héctor Cuebas-Tañón.

The parties reported having reached an agreement through which all pending controversies will be disposed of.

Accordingly, at today's hearing the issue regarding "cost bond" was **VACATED**. Motions under **Docket Nos. 45, 71 and 73** are now **MOOT**.

Plaintiffs anticipate they will move for dismissal of this action on or before August 30, 2000.

**SO ORDERED.**

At San Juan, Puerto Rico, this 19th day of July, 2000.

s/c Venegas
Simonpietri
Cuebas
Feliciano

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)