ENTERED ON DOCKET
NOV 2 2 2000 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HENRY VENEGAS, his wife MARIA
SUSANA VENEGAS; CECILIA
VENEGAS; and IRMA VENEGAS

Plaintiffs

vs                                                    CIVIL 96-1646CCC

PUERTO RICO PORTS AUTHORITY;
ANTONIO CORTES-GINES; MRS.
ANTONIO CORTES-GINES, and the
conjugal partnership composed by them;
AA INSURANCE COMPANY; and XYZ
COMPANY

Defendants

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal With Prejudice filed by the parties on November 2, 2000 (**docket entry 116**), the same is APPROVED and this action is hereby DISMISSED, with prejudice, pursuant to Fe.R.Civ.P. 41(a)(1)(ii). Each party to bear its own costs and attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 16, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

NOV 2 2 2000

AO 72A
(Rev.8/82)